IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED

2019 OCT -7 PM 4:04

CLERK US DISTRICT COURT
WESTERN DISTRICT TEXAS

BY_____
DEPUTY

| | | |
|---|---|---|
| SUSAN OGDEN AND ROBERT L. AND MARY D. OGDEN LIMITED PARTNERSHIP, PLAINTIFF, | § § § § | |
| V. | § § | CAUSE NO. 1:18-CV-358-LY |
| COZUMEL, INC. D/B/A EL ARROYO, DEFENDANT. | § § § | |

## ORDER

Before the court is the above-styled and numbered cause.  It appears to the court that the above-styled and numbered cause should be transferred from the docket of the Honorable Lee Yeakel, United States District Judge, to the docket of the Honorable David A. Ezra, Senior United States District Judge, both judges having consented to the transfer.

**IT IS ORDERED** that the above-styled and numbered cause is **TRANSFERRED** to the docket of the Honorable David A. Ezra, Senior United States District Judge, for all purposes. Pursuant to the Order Assigning the Business of the Court effective February 21, 2018, the clerk of court shall credit this case to the percentage of business of the receiving Judge.

All current settings remain in effect.

SIGNED this ___7th___ day of October, 2019

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE