FILED

DEC 27 2019

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
                      DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| SUSAN OGDEN, AND <br> ROBERT L. AND MARY D. OGDEN <br> LIMITED PARTNERSHIP <br> PLAINTIFFS, <br><br> V. <br><br> COZUMEL, INC. D/B/A EL ARROYO <br> DEFENDANT. | CIV. A. NO. 1:18-CV-358-DAE-SH |

## ORDER

Before the Court is the parties' Stipulation of Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) by Susan Ogden and Robert L. and Mary D. Ogden Limited Partnership ("Plaintiffs") and Defendant Cozumel, Inc.

IT IS ORDERED that all claims asserted between Plaintiffs and Defendant in this case are dismissed with prejudice. Each party shall bear its own costs, expenses, and attorneys' fees.

IT IS SO ORDERED.

DATED: San Antonio, Texas, December 27, 2019.

_____
DAVID A. EZRA
SENIOR UNITED STATES DISTRICT JUDGE